USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1710

 UNITED STATES,

 Appellee,

 v.

 MICHAEL B. HABERSKI,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. George A. O'Toole, Jr., U.S. District Judge]

 Before

 Selya, Boudin and Lynch,
 Circuit Judges.
 
 
 
 
 James R. Knudsen and Whittenberg & Associates on brief for
appellant.
 Donald K. Stern, United States Attorney, Louis M. Fischer,
Attorney, Department of Justice, and Christopher L. Varner, and
Paul Andrews, Attorneys, Department of Justice, on brief for
appellee.

September 15, 1999

 
 
 
 Per Curiam. Upon careful review of the briefs and
 record, we conclude that the district court did not plainly err
 in applying the 2-level adjustment under U.S.S.G. 3B1.1(c). 
 Contrary to defendant's appellate arguments, the district court
 adopted the factual findings stated in the presentence report,
 which findings adequately supported the conclusion that
 defendant "exercised control over, or was otherwise responsible
 for organizing the activities of, at least one other individual
 in committing the crimes." United States v. DiSanto, 86 F.3d
 1238, 1259-60 (1st Cir. 1996).
 Affirmed. See 1st Cir. Loc. R. 27.1.